

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00462-CV

POST OAK LANE TOWNHOME OWNERS ASSOCIATION, Appellant

V.

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS
TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS SERIES 2003-BC1
AND WADE RINER, INDIVIDUALLY, Appellees

Appeal from the 11th District Court of Harris County (Tr. Ct. No. 2013-00567)

After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Post Oak Lane Townhome Owners Association. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered July 28, 2015.

Judgment rendered by panel consisting of Chief Justices Radack and Justices Higley and Massengale.